[Crim. No. 539.   Second Appellate District.—May 28, 1917.]

In the Matter of the Application of DAVID BRODIE for a Writ of Habeas Corpus.

JUVENILE ACT.—The commitment issued under the Juvenile Act is held on its face to warrant the detention of the minor.

APPLICATION for a Writ of Habeas Corpus for the release of a minor committed to the Preston School of Industry.

The facts are stated in the opinion of the court and in the opinion in *Matter of Brodie, ante,* p. 751.

Joseph W. Mowell, for Petitioner.

U. S. Webb, Attorney-General, Robert M. Clarke, Deputy Attorney-General, Thomas Lee Woolwine, District Attorney, and H. S. G. McCartney, Deputy District Attorney, for Respondent.

THE COURT.—The matter of the regularity of the judgment committing the minor above mentioned to the Preston School of Industry was before this court in criminal case No. 543, *ante,* p. 751, an opinion in which has been this day filed reversing the judgment. In this proceeding we think that the commitment issued to the superintendent of the Preston School of Industry on its face is sufficient to warrant the detention of the minor. The prayer of the petition is therefore denied, and it is ordered that the minor, David Brodie, remain in the custody of the superintendent of the Preston School of Industry until required to be returned to the county of Los Angeles for rehearing on the charge upon which he was convicted, or until otherwise discharged by law.